```
                    FILED
          CLERK, U.S. DISTRICT COURT

              AUG 17 2009

          CENTRAL DISTRICT OF CALIFORNIA
          BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE JUPITER, | No. CV 08-4152 DDP (CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Report and Recommendation.

DATED: 8-17-09

_____
DEAN D. PREGERSON
United States District Judge