Tony S. Adderley, Esq.  (310) 563-2153
5757 W. Century Blvd. Ste. 700
Los Angeles, CA 90045
e-mail: tsadderley@msn.com

Attorney for plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLOTTE JUPITER,<br><br>    Plaintiff,<br><br>         v.<br><br>MICHAEL J. ASTRUE,<br>  Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. CV 08- 4152 DDP (CW)<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of $2,918.84, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: _Oct. 16, 2009_____    /S/_____
                                     HON. CARLA WOEHRLE
                                     UNITED STATES MAGISTRATE JUDGE